## City Court.

*Special Term—May,* 1886.

### SEITZ *against* BERG.

A recovery of less than $50 ʼin an action for breach of promise to marry, entitles the defendant to costs.

McADAM, Ch. J.—The action is for ˙ "breach of a promise to marry," and seduction is pleaded in aggravation of damages only (8 *Barb.* 323; 30 *N. Y.* 285). The

only civil action which can be founded on "seduction" is by the parent or other person entitled to the female's services to recover for their loss (26 *Barb.* 615 ; 11 *N. Y.* 343). The present action is not so brought, and is not for seduction in the sense in which that term is used in sub-division 3 of section 3228, of the Code in regard to costs. The recovery herein for the breach of promise being less than $50, it follows that that the defendant is entitled to a full bill of costs (Code, § 3228, § 3229, subd. 4).

Re-taxation ordered in accordance herewith.